**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Margarita Calpotura (Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
Investcorp Retirement Specialists, Inc.

*E-FILED - 11/27/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVESTCORP RETIREMENT SPECIALISTS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOHISA OHNO, an individual, and INVESTONE.COM, an internet domain name,<br><br>Defendants. | Case No. C-07-01304 RMW<br><br>**NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAIN; [PROPOSED] ORDER** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

WHEREAS, on March 6, 2007, Investcorp Retirement Specialists, Inc. ("Investcorp") filed a Complaint in this action for the unlawful registration of an Internet domain name containing Investcorp's trademark "INVESTONE", under 15 U.S.C § 1125(d) (the "Action");

WHEREAS, Motohisa Ohno is the registrant of record for the INVESTONE.COM Internet domain name; and

WHEREAS, the Registrar of the INVESTONE.COM domain name, eNom, Inc., has tendered to the Court complete control and authority over the registration for the INVESTONE.COM domain name, in the form of a Registrar Certificate filed with the Court on March 21, 2007 (Dckt. 5-1);

WHEREAS, Investcorp, on the one hand, and Motohisa Ohno, on the other hand, now intend to settle all disputes with respect to the allegations of the Action;

WHEREAS, Investcorp and Motohisa Ohno request that the Court give final direction to the Registrar, eNom, Inc., as to the dominion and control of the INVESTONE.COM domain name, which now resides with the Court;

///

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**IT IS HEREBY STIPULATED AND AGREED** by and between Investcorp and Motohisa Ohno that:

(1) The INVESTONE.COM domain name shall be transferred to Investcorp; and,

(2) The Complaint shall be dismissed without prejudice.

DATED: November 20, 2007

By: _____
Motohisa Ohno, Registrant of
Record of INVESTONE.COM

DATED: November 20, 2007

By: _____
Motohisa Ohno

DATED: November 21, 2007

**KRONENBERGER BURGOYNE, LLP**

By: _____
Karl S. Kronenberger
Attorney for Plaintiff
Investcorp Retirement Specialists, Inc.

~~xxxxxxxxxxxxxx~~ **ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

(1) eNom.com, Inc. shall transfer the domain name INVESTONE.COM to Investcorp Retirement Specialists, Inc.

(2) This Action shall be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 11/27/07

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE

Judge of the United States District Court for the Northern District of California